■ CHI MAN KWOK, Respondent, v THOMAS SUNG, Appellant.—Judgment, Supreme Court, New York County, entered on October 18, 1977,

unanimously affirmed on the opinion of Ascione, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ.